# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DANIEL WEDDINGTON                                                                      PLAINTIFF

v.                                              2:20-cv-00011-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 6th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE